IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER WENDT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 C 4334 ) |
| TELELOGIC NORTH AMERICA, INC., | ) Judge Leinenweber ) |
| Defendant. | ) ) ) |

## JURY DEMAND

Plaintiff hereby demands a jury trial on all causes of action and claims set forth in the Complaint.

Respectfully submitted,

Dated: July 31, 2008

s/Douglas M. Werman
Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiff