AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Peter Wendt,

              V.

Telelogic North America, Inc.

CASE NUMBER: 08 C 4334

ASSIGNED JUDGE: Leinenweber

DESIGNATED
MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

Telelogic North America, Inc.
c/o Reg. Agent, Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes
(By) DEPUTY CLERK



August 13, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 8/13/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Susan L. Oney | Process Server, P.I. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service: IL CORP. SERVICE CO.
801 Adlai Stevenson Dr.
Spfld, IL 62703
Res. Reg. Agent for Telelogic North America, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/13/08        Susan L. Oney
                Date              Signature of Server

1032 So. Second St.
Spfld, IL 62704
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Courthouse Courier**
Private Process Service
A division of Bill Clutter Investigations, Inc.
**IL Private Detective Agency Lic. #117-001206**

Caption: *Wendt v. Telelogic North America, Inc.*
Case #: *08 C 4334*

## AFFIDAVIT OF SERVICE

I, **Susan L. Oney**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- [X] Summons and Complaint
- [X] Subpoena
- [ ] Notice of Hearing
- [ ] Rule to Show Cause
- [ ] Citation to Discover Assets
- [ ] Forcible Entry and Detainer
- [ ] Other: _____

That I personally handed the above-described documents to:

*Holly Blankenship - ICSC*

DATE AND TIME OF SERVICE: 8/13/2008  2:17 ~~am~~/pm

LOCATION/ADDRESS DELIVERED: 801 Adlai Stevenson Dr., Spfld, IL 62703

PHYSICAL DESCRIPTION:
Ht. 5'6"    Wt. 140#
Race W    Age 30s
Male ___   Female X

That I made the following type of service:

____ Personal service on the defendant/witness/ or named party.

____ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

[X] Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

____ Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

*Susan L. Oney*
Agent: Susan L. Oney (129-303382)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 8/13 - 2:17pm | | | Total |
| 2nd attempt: | | | | Miles: |
| 3rd attempt: | | | | Time: |
| 4th attempt: | | | | Fee: |

1032 South Second Street Springfield, IL 62704 (217) 528-5997